O

JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -- GENERAL

Case No.   EDCV 09-01625-VAP (AJWx)                    Date:  November 23, 2009

Title:   THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE CERTIFICATEHOLDERS CWMBS, INC. CWMBS REPERFORMING LOAN REMIC TRUST CERTIFICATES, SERIES 2005-R2 -v- MARGARET K. PENNINGTON and DOES 1 through X, inclusive

=================================================================

PRESENT:     HONORABLE VIRGINIA A. PHILLIPS, U.S. DISTRICT JUDGE

| Jim Holmes, Relief | Phyllis Preston |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| No appearance | No appearance |

PROCEEDINGS:     MINUTE ORDER DISMISSING FOR FAILURE TO APPEAR FOR MANDATORY SCHEDULING CONFERENCE AND DISMISSING FOR FAILURE TO PROSECUTE

   This matter came on calendar for a regularly noticed scheduling conference. See docket No. 7, Order Setting Scheduling Conference.  No appearances were made by either side in this matter.  The Court hereby ORDERS this action dismissed for failure to comply with a court order (docket No. 7) and for Plaintiff's failure to prosecute.

MINUTES FORM 11                                             Initials of Deputy Clerk:  jh-relief
CIVIL -- GEN                              Page 1        /01